UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   08-25480-BKC-AJC          29879
ALBERTO DIAZ
JOSEFA T DIAZ

                              CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

> U.S. BANKRUPTCY COURT
> SO. DISTRICT OF FLORIDA-Miami
>
> AUG 26 2011
>
> FILED_____RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   715.61  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your trustee
     has made a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or  the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $     .00   remaining in her bank
     account  which  represents  small  dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011, of  the  names,  Claim  numbers  and  addresses
of the debtor(s)/creditor(s) and the amounts  to  which  they  are
entitled.

     WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been  deposited  with  the Clerk of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date: AUG 2 5 2011 _____

                              _____
                              NANCY N. HERKERT
                              CHAPTER 13 TRUSTEE

Copies to:

ALBERTO DIAZ
JOSEFA T DIAZ
16410 MIAMI DR
APT 609
MIAMI, FL 33162

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   08-25480-BKC-AJC
ALBERTO DIAZ
JOSEFA T DIAZ

                                CHAPTER 13


    ALBERTO DIAZ              ---------$        715.61
    JOSEFA T DIAZ
    16410 MIAMI DR
    APT 609
    MIAMI, FL 33162

    JOSHUA S. MILLER, ESQUIRE
    9555 N. KENDALL DRIVE, #211
    MIAMI, FL 33176


    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130